AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. **H20-0299M**
A Black, Samsung, model SM950U, IMEI: 3580 7108 )
3087 923 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location)*:

Please refer to Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   2-27-20   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 2-13-20 at 1:40 pm    /s/ *(signature)*
                                              *Judge's signature*

City and state:   Houston, Texas            Andrew M. Edison, Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No. H20-0299M | Date and time warrant executed: 2/14/2020 1415 | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Electronically stored data from a Samsung, model SN-950U, IMEI: 3580 7108 3087 923, which includes but is not limited to: text messages, call logs, contact lists, communications, photographs, videos, documents, application data, website and Internet search histories, evidence of user attribution.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/22/2020

*Executing officer's signature*

Digitally signed by CURTIS WILLIAMS
Date: 2020.10.22 09:58:34 -05'00'

Curtis Williams, ATF Special Agent
*Printed name and title*

United States Courts
Southern District of Texas
FILED

**October 22, 2020**

David J. Bradley, Clerk of Court